JOAN HAYMON, Individually and as Mother and Natural Guardian of LEONARD HAYMON, an Infant, Appellant, v DONALD J. PETTIT, Defendant, and CITY OF AUBURN, Respondent. [925 NYS2d 364]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY N. OTT, Appellant. [924 NYS2d 914]—Motion for reargument denied. Present—Smith, J.P., Fahey, Peradotto and Martoche, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE J. ABRAMO, Appellant. [924 NYS2d 873]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Allegany County Court, Thomas P. Brown, J.—Violation of Probation). Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHEILA L. SMITH, Appellant. [924 NYS2d 873]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Richard A. Keenan, J.—Attempted Robbery, 1st Degree). Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN P. TRACY, Appellant. [924 NYS2d 873]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Patricia D. Marks, A.J.—Petit Larceny). Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.